424 A.2d 546

Commonwealth v. Richter, Appellant.

Submitted April 12, 1979. Dante G. Bertani, Public Defender, for appellant; Morrison F. Lewis, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.

December 14, 1979.

424 A.2d 546

Commonwealth v. Heck, Appellant.

Submitted June 29, 1979. Basil G. Russin, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before PRICE, GATES and DOWLING, JJ.*

Judgment affirmed.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.